# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Joshua Thompson, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| American Standard Insurance Company | ) | |
| of Wisconsin, a Wisconsin corporation, | ) | Case No. 1:17-cv-039 |
| | ) | |
| Defendant. | ) | |

Before the court is a "Stipulation of Dismissal with Prejudice" filed by the parties on April 11, 2018. The court **ADOPTS** the stipulation (Doc. No. 18) and **DISMISSES** the above-entitled action with prejudice and without costs or disbursements to any of the parties.

**IT IS SO ORDERED.**

Dated this 18th day of April, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court